IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC LOGRECO,
        Plaintiff,

vs.                                                    Case No. 3:12cv278/MCR/EMT

MARION COUNTY SHERIFF'S OFFICE, et al.,
        Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 18, 2012 (doc. 3).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objection has been filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is transferred to the United States District Court for the Middle District of Florida.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of July, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**